**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Superhype Tapes, Ltd,**<br><br>                       Plaintiff,<br><br>            v.<br><br>**The Partnerships and Unincorporated Associations Identified on Schedule A,**<br><br>                       Defendants. | **Case No. 1:21-cv-05641**<br><br>**Judge Martha M. Pacold** |

## DEFENDANT WEAVERF' UNOPPOSED MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Weaverf ("Defendant") (No. 107), by and through its counsel, Timothy T. Wang, hereby move for a 30-day extension to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendants state as follows:

1.    Plaintiff filed its sealed Complaint on October 25, 2021 (Dkt. No. 1).

2.    On November 4, 2021, the court granted Plaintiff's Motion for Electronic Service of Process (Dkt. No. 19).

3.    On November 5, 2021, the Clerk of Court issued summons to all Defendant. On November 29, 2021, Plaintiff filed returned summons, claiming service on defendants on November 29, 2021. Accordingly, Defendant's responsive pleading is due on December 20, 2021.

4.    Parties are currently engaged in settlement discussion. Additional time is needed for Defendant to evaluate the case and prepare a proper response.  Defendant's counsel requested a 30-day extension to answer or otherwise respond on December 15, 2021. Plaintiff consents to the request.

5.    This is Defendant Weaverf's first request for extension of time.

1

WHEREFORE, Defendants respectfully request that this Court grant this consented motion and extend the deadline by which Defendants are to answer, or otherwise respond to, the complaint in this matter, up to and including January 20, 2022.

DATED December 16, 2021.

Respectfully submitted,

By: */s/ Timothy T. Wang*
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEY FOR DEFENDANT WEAVERF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang