## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Superhype Tapes, Ltd., et al.

                Plaintiff,

v.                  Case No.: 1:21–cv–05641

                Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 20, 2021:

  MINUTE entry before the Honorable Martha M. Pacold: On 12/16/2021, counsel for Defendant Weaverf filed an appearance [33] and an unopposed motion for extension of time to file answer [34], seeking a 30–day extension to 12/15/2021 to answer or otherwise respond to the complaint. The motion is granted. Defendant Weaverf has until 12/15/2021 to answer or otherwise respond to the complaint. Although Weaverf's counsel's appearance and motion for extension of time to answer occurred on 12/16/2021 (several days after the 12/13/2021 deadline set in [29] for defendants to appear and object to Plaintiff's motion for a preliminary injunction), the court construes the appearance and motion as an objection to Plaintiff's motion for preliminary injunction [26] and will consider the preliminary injunction opposed as to defendant Weaverf. The parties are directed to confer and file a joint status report on a joint proposed case schedule with respect to this defendant by 12/29/2021.(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.